**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6638**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RICHARD SHAW,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:14-cr-00010-JPJ-PMS-2)

_____

Submitted:  November 14, 2024          Decided:  November 19, 2024

_____

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard Shaw, Appellant Pro Se.  Jason Mitchell Scheff, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Shaw appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. Amendment 821, in part, provides for a two-level reduction in offense level for certain defendants with zero criminal history points. *See* U.S. Sentencing Guidelines Manual Supp. App. C., amend No. 821, part B, subpart 1 (2023). This reduction may be applied retroactively. *See* USSG § 1B1.10(d). Pursuant to USSG § 4C1.1(A), a defendant is eligible for an adjustment in his offense level only if he "meets all of the [listed] criteria." One of the listed criteria requires that the defendant did not receive a leadership role adjustment under USSG § 3B1.1 and did not engage in a continuing criminal enterprise. USSG § 4C1.1(a)(10). As Shaw received a leadership role enhancement at his original sentencing, the district court found that he did not meet the criteria listed in § 4C1.1(a). *See, e.g., United States v. Cervantes*, 109 F.4th 944, 946-48 (7th Cir. 2024) (concluding that application of role enhancement disqualifies a defendant from receiving a reduction under § 4C1.1(a)(10)).

We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Shaw*, No. 1:14-cr-00010-JPJ-PMS-2 (W.D. Va., June 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*